UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JACK E. HAMILTON and<br>MONICA HAMILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMED AL GBURI,<br>BASHAR Z. SAEED,<br>ORD TRANS, INC.,<br>ORD TRANSPORTATION, INC., and<br>TEMPO CARRIER, INC.,<br><br>Defendants. | Civil No. 5:20-cv-5080<br><br><br><br>**COMPLAINT** |

Plaintiffs, by and through their undersigned counsel, and for their complaint, state and allege as follows:

**PARTIES**

1. Plaintiffs Jack E. Hamilton and Monica Hamilton are husband and wife and residents of Fort Collins, Colorado.

2. Defendant Ahmed Al Gburi is a resident of 7221 Lamb Road, Apt. 1203, in San Antonio, Texas.

3. Defendant Bashar Z. Saeed is a resident of 6400 Wurzbach Road Apartment 5-504, San Antonio, Texas.

4. Defendant ORD Trans, Inc. is an Illinois corporation and is an active carrier and upon information and belief, is a trucking company operating under US DOT #2335231 and having its principal place of business at 2515 Pan Am Boulevard, Elk Grove Village, Illinois.

5. Defendant ORD Transportation, Inc., is an Illinois corporation and is an active carrier and upon information and belief, is a cargo and freight company operating under US DOT 2474459 and has its principal place of business at 3331 Emerson Street, Franklin Park, IL 60131.

6. Defendant Tempo Carrier, Inc. is an Illinois corporation and is an active carrier and upon information and belief, is in the business of hauling general freight operating under US DOT #02356913 and has its principal place of business at 830 East Higgins Road, Suite 111t, Schaumburg, Illinois.

COMPLAINT
*Jack E. Hamilton and Monica Hamilton vs. Ahmed Al Gburi, Bashar Z. Saeed, ORD Trans, Inc., ORD Transportation, Inc., And Tempo Carrier, Inc.*
Page **2** of **5**

## JURISDICTION

7. This Court has diversity jurisdiction pursuant to 28 U.S.C 1332 based upon the parties' citizenship and the fact that the amount in controversy exceeds $75,000.

## VENUE

8. Venue is properly laid within the District of South Dakota pursuant to 28 U.S.C 1391(b) because at all times material hereto the event causing Plaintiffs' injuries occurred within the District of South Dakota.

## FACTS

9. On July 11, 2019, Plaintiff Jack E. Hamilton was driving a rented pickup in an easterly direction on U.S. Highway 18 in Fall River County, South Dakota, and was stopped in a construction zone at a stop sign held by a flagger.

10. Plaintiff Monica Hamilton was a passenger in the pickup.

11. Defendant Ahmed Al Gburi was driving a 2012 Volvo semi-truck with trailer in an easterly direction on U.S. Highway 18 in Fall River County, South Dakota.

12. Defendant Bashar Z. Saeed was the owner of the 2012 Volvo semi-truck, a commercial motor vehicle.

13. Upon information and belief, the semi-truck and trailer were being operated under agreements with Defendants Tempo Carrier, Inc., ORD Trans, Inc., and/or ORD Transportation, Inc.

## FIRST CAUSE OF ACTION-NEGLIGENCE

14. Despite the existence of multiple signs warning of a construction zone, the presence of a flagger displaying a stop sign, and traffic which had been stopped on Highway 18, Defendant Al Gburi negligently failed to stop the semi-truck he was operating causing a rear end collision with the pickup occupied by the plaintiffs.

15. As a consequence, Defendant Al Gburi was cited for Careless Driving pursuant to SDCL § 32-24-8.

16. Defendant Al Gburi pled guilty to the Careless Driving citation on August 12, 2019.

17. Defendant Al Gburi's negligence was a legal cause of bodily injury and damage to both Plaintiffs Jack E. Hamilton and Monica Hamilton.

COMPLAINT
*Jack E. Hamilton and Monica Hamilton vs. Ahmed Al Gburi, Bashar Z. Saeed, ORD Trans, Inc., ORD Transportation, Inc., And Tempo Carrier, Inc.*
Page **3** of **5**

18. Plaintiff Monica Hamilton suffered bodily injuries and permanent harm and detriment, including, but not limited to:
    a. injuries to her left hip, back and neck;
    b. physical pain and discomfort, headaches, and mental anguish;
    c. lost income, disability and loss of earning capacity;
    d. loss of enjoyment of life;
    e. permanent physical impairment and disfigurement;
    f. medical expenses, both past and future including physical therapy, injections, chiropractic treatment, massage therapy, doctors, nurses, therapists, laboratory tests, medical equipment, and other similar expenses for examination, treatment, therapy and related prescriptions and modalities of care and support to include a future hip surgery; and,
    g. loss of consortium.

19. Plaintiff Jack E. Hamilton suffered bodily injuries, permanent harm and detriment, including, but not limited to:
    a. injuries to his left arm, left hip, back and neck;
    b. physical pain and discomfort and mental anguish;
    c. lost income, disability and loss of earning capacity;
    d. loss of enjoyment of life;
    e. permanent physical impairment and disfigurement;
    f. medical expenses, both past and future medical expenses for necessary medical treatment and care to include injections, physical therapy, chiropractic treatment, doctors, nurses, therapists, laboratory tests, medical equipment, and other similar expenses for examination, treatment, therapy and related prescriptions and modalities of care and support; and,
    g. loss of consortium.

## SECOND CAUSE OF ACTION-NEGLIGENT ENTRUSTMENT

20. Plaintiffs restate the allegations set forth in paragraphs 1-19 above.

21. Defendants Bashar Z. Saeed, Tempo Carrier, Inc., ORD Trans, Inc., and/or ORD Transportation, Inc. permitted Defendant Al Gburi, an inexperienced and incompetent truck driver, to operate the 2012 Volvo semi-truck and trailer on and before July 11, 2019.

22. Defendants Saeed, Tempo Carrier, Inc., ORD Trans, Inc., and/or ORD Transportation, Inc. knew or should have known that Defendant Gburi was likely to operate the truck in a manner so as to create an unreasonable risk of harm to others.

23. Defendants Saeed, Tempo Carrier, Inc., ORD Trans, Inc., and/or ORD Transportation, Inc. had the power to prohibit Gburi from driving the truck, but negligently entrusted the use of the

COMPLAINT
*Jack E. Hamilton and Monica Hamilton vs. Ahmed Al Gburi, Bashar Z. Saeed, ORD Trans, Inc., ORD Transportation, Inc., And Tempo Carrier, Inc.*
Page **4** of **5**

commercial vehicle to Gburi and said negligence was a legal cause of injuries and damages to the Plaintiffs above-described.

WHEREFORE, Plaintiffs demand judgment against Defendants in an amount to be determined by a duly empaneled jury which will fairly and reasonably compensate them for all losses and damages sustained by each of them, for their costs and further relief as deemed appropriate by the Court to include pre-judgment interest.

Dated this 28th day of December, 2020.

> WHITING HAGG HAGG
> DORSEY & HAGG, LLP
>
> By _____
> John Stanton Dorsey
> Attorneys for Plaintiffs
> P.O. Box 8008
> Rapid City, SD 57709-8008
> PH: (605) 348-1125
> Fax: (605) 348-9744
> Email: john.dorsey@amatteroflaw.com

COMPLAINT
*Jack E. Hamilton and Monica Hamilton vs. Ahmed Al Gburi, Bashar Z. Saeed, ORD Trans, Inc., ORD Transportation, Inc., And Tempo Carrier, Inc.*
Page **5** of **5**

## **DEMAND FOR TRIAL BY JURY**

Plaintiffs respectfully request trial by jury on all issues so triable and demand same pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the Seventh Amendment to the Constitution.

Dated this __28th__ day of December, 2020.

                                                             WHITING HAGG HAGG
                                                             DORSEY & HAGG, LLP

                                                             By _____
                                                             John Stanton Dorsey
                                                             Attorneys for Plaintiffs
                                                             P.O. Box 8008
                                                             Rapid City, SD 57709-8008
                                                             PH: (605) 348-1125
                                                             Fax: (605) 348-9744
                                                             Email:   john.dorsey@amatteroflaw.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jack E. Hamilton and Monica Hamilton

**(b)** County of Residence of First Listed Plaintiff   **Larimer, Colorado**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John Stanton Dorsey, Whiting Hagg Hagg Dorsey & Hagg LLP, P.O. Box 8008, Rapid City, SD 57709-8008, 605-348-1125

## DEFENDANTS
Ahmed Al Gburi; Bashar Z. Saeed; ORD Trans, Inc.; ORD Transportation, Inc.; and Tempo Carrier, Inc.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [X] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | | | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 195 Contract Product Liability | | 380 Other Personal Property Damage | | 861 HIA (1395ff) | |
| 196 Franchise | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 751 Family and Medical Leave Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| | | | | 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | | **Other:** | 462 Naturalization Application | | |
| | 446 Amer. w/Disabilities - Other | 540 Mandamus & Other | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332
Brief description of cause:
Plaintiff resides in Colorado, two Defendants reside in Texas, Corporations are based in Illinois, action arose in South Dakota

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____     DOCKET NUMBER _____

**DATE**
12/28/2020

**SIGNATURE OF ATTORNEY OF RECORD**
*/s/ John Stanton Dorsey/*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____